JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RUBERSON, an individual, KRISTINA RUBERSON, an individual. | **CASE NO.: 5:19-cv-01553-JLS-AS** |
| **Plaintiff,** | Order |
| vs. | |
| CMC REBAR WEST; and Does 1 through 20 inclusive, | |
| **Defendants.** | |

The Stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties in the Third Amended Complaint, is hereby dismissed with prejudice.

Dated: 7/23/2020

JOSEPHINE L. STATON
Honorable Josephine L Staton
United States District Judge

- 1 –

Order